IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02328-WYD-KLM

WELLMAN GIBSON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, et al.,
SGT. VERENA PACHECO, and
WARDEN HARTLEY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Strip Claimed Immunity from DOC Personal and Requesting Damages** [Docket No. 21; Filed October 28, 2009] (the "Motion"). Although the Motion is less than clear, Plaintiff appears to be responding to a potential argument he assumes Defendants will make in a future pleading. Use of a motion for this purpose is improper and unnecessarily interferes with the Court's ability to properly adjudicate Plaintiff's case. In addition, and as noted in my prior Order [Docket No. 20], to the extent that Plaintiff wishes to amend his Complaint, he may file an "Amended Complaint" no later than November 16, 2009 which sets forth his claims and prayer for relief against all Defendants. Until such time, updates of Plaintiff's conditions or interactions with prison staff are unnecessary and unhelpful. Future piecemeal or irrelevant pleadings of this nature will be summarily stricken.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  October 28, 2009