IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02328-WYD-KLM

WELLMAN GIBSON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, et al.,
SGT. VERENA PACHECO, and
WARDEN HARTLEY,

    Defendant(s).

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [Docket No. 113; Filed September 30, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Plaintiff has not tendered a proposed amended complaint with the Motion. Plaintiff seeks to add allegations regarding conduct that occurred subsequent to the filing of this case. Plaintiff "may not simply file piecemeal amendments and supplements to his complaint." *Brown v. Harris*, No. 05-cv-02203-WDM, 2006 WL 3833938, at * 2 (D. Colo. Dec. 28, 2006). For these reasons, Plaintiff is not entitled to file an amended complaint.

Dated: October 5, 2010

                                          BY THE COURT:

                                           s/ Kristen L. Mix
                                           United States Magistrate Judge
                                           Kristen L. Mix