IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02328-WYD-KLM

WELLMAN GIBSON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, et al.,
SGT. VERENA PACHECO, and
WARDEN HARTLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Intervention by the Court** [Docket No. 160; Filed June 13, 2011] (the "Motion"). Plaintiff seeks unspecified "intervention" by the Court to remedy alleged denial of access to his "legal work" and denial of a "medical trip." As an initial matter, the Court notes that all proceedings in this case are stayed until August 1, 2011. *Order Staying Case* [Docket No. 157]. Plaintiff therefore has no immediate need to access his legal records or conduct legal research. Accordingly, Plaintiff's request that the Court intervene to provide him with access to legal materials is inappropriate at this juncture.

    The Court also finds that Plaintiff's request that the Court take some action to remedy the alleged denial of a medical trip is inappropriate. This case concerns Plaintiff's allegations of discriminatory treatment with respect to his diet, his ability to wear a head covering of his choice, and his ability to conduct religious ceremonies in a separate area while incarcerated. *Amended Complaint* [Docket No. 29]. The case does not concern Plaintiff's access to medical care. Accordingly, if Plaintiff now wishes to complain about his access to medical care, he must pursue this complaint with the Colorado Department of Corrections ("CDOC"). Plaintiff may file a new lawsuit on the basis of his alleged denial of medical care only once he has fully exhausted his administrative remedies with CDOC.

    IT IS HEREBY **ORDERED** that the Motion [#160] is **DENIED**.

    Dated: June 14, 2011