IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02328-WYD-KLM

WELLMAN GIBSON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, et al.,
SGT. VERENA PACHECO, and
WARDEN HARTLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice to the Court and Request** [Docket No. 163; Filed August 18, 2011]. The pleading was liberally interpreted as a Motion and referred to me for resolution. The Motion requests that Plaintiff's recent filings in Case No. 09-cv-00983-WYD-KLM be applied to this case. In relation to Plaintiff's request, the Court makes several observations. First, Plaintiff is a voluntary litigant in two federal lawsuits. As such, he must pursue each case individually, including that he must personally file separate pleadings in each case. The fact that Plaintiff is incarcerated and has difficulty filing pleadings or accessing the law library at the facility where he is incarcerated are normal circumstances and do not entitle Plaintiff to special treatment. Second, of the three recent pleadings docketed in Case No. 09-cv-00983-WYD-KLM, only one was docketed as a motion [Docket No. 212]. This motion was stricken pursuant to my prior Order in that case [Docket Nos. 134 & 216]. The other two recent pleadings filed by Plaintiff in Case No. 09-cv-00983-WYD-KLM were not titled as motions [Docket No. 214 & 215] and, pursuant to my prior Order requiring all requests for relief to be so titled, they have been ignored [Docket No. 166]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    IT IS FURTHER **ORDERED** that per my prior Order [Docket No. 157], the stay of this case has expired and dispositive motions shall be filed no later than **October 1, 2011**.

Dated: August 19, 2011