IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02328-WYD-KLM

WELLMAN GIBSON,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, et al.,
SGT. VERENA PACHECO, and
WARDEN HARTLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Stay of Proceeding and Conference with Atty General** [Docket No. 169; Filed September 20, 2011]. The pleading was docketed as a Motion and referred to me for resolution. Plaintiff does not state whether the Motion is opposed or unopposed. Thus, as an initial matter, Plaintiff has failed to comply with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone.

    Further, Plaintiff does not explain why either his request for a stay of these proceedings or his request for a conference with the Attorney General is necessary in this case. Rather, he directs the Court to review pleadings filed in his other pending case (09-cv-00983-WYD-KLM) to supply a basis for the Motion. Plaintiff has been warned twice that the Court will not consider pleadings filed in Plaintiff's other case. *See Order* [#165] at 1; *Minute Order* [#168] at 1. To the extent that Plaintiff seeks relief, he must provide an independent basis relevant to this case to support his request. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated: September 26, 2011